In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00443-CV
_____

**JOHN DOE, Appellant**

**V.**

**JOHN LANGLEY, MORGAN LANGLEY, LANGLEY PRODUCTIONS, INC., AND COURTROOM TELEVISION NETWORK LLC D/B/A TRUTV, Appellees**

_____

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-198,629**

_____

**MEMORANDUM OPINION**

The appellant, John Doe, filed a motion to dismiss this accelerated appeal and all claims with prejudice. The appellees, John Langley, Morgan Langley, Langley Productions, Inc., and Courtroom Television Network LLC d/b/a TruTV, agreed to the motion. The parties inform the Court that they have settled all disputes in the case, the trial court has signed a dismissal order, and the entire case is moot. The Court finds that this motion is voluntarily made by agreement of the parties through

1

their attorneys of record prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(2). Accordingly, the motion to dismiss is granted, and the appeal is dismissed. All costs are assessed against the incurring party.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on February 15, 2017
Opinion Delivered February 16, 2017

Before McKeithen, C.J., Kreger and Johnson, JJ.

2